UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

------------------------------------------------------ x
                                                                  :    Chapter 11

In re:                                             :

The Louisville Orchestra, Inc.            :    Case No. 10-36321

      Debtor

------------------------------------------------------ x

## MOTION FOR AUTHORITY TO FILE UNDER SEAL

The Louisville Orchestra, Inc, the debtor herein (the "Debtor"), by counsel, moves the Court, pursuant to 11 U.S.C. § 107(b)(1) and F.R.B.P. 9018, for authority to file under protective seal a notice setting forth the source of a charitable donation to fund debtor's post petition operations ("Protective Seal Motion"). In support of its Motion, the Debtor states as follows:

      1.       The Debtor, a nonprofit organization, has a commitment from a benefactor (the "Donor") to make a charitable donation (the "Donation") that will enable the Debtor to fund certain of its post petition operations.

      2.       As one of the conditions of the Donation, the Donor has requested that the donation be made on an anonymous basis.

      3.       If the Debtor were forced to disclose the identity of the Donor, it would jeopardize the Donation as well as the possibility of future donations.

      4.       Pursuant to 11 U.S.C. § 107(b), "[o]n request of a party in interest, the bankruptcy court shall, and on the bankruptcy court's own motion, the bankruptcy court may: (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information." 11 U.S.C. § 107(b).

2

5.      Furthermore, Bankruptcy Rule 9018 states that "On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information. . . " F.R.B.P. 9018.

WHEREFORE, the Debtor respectfully requests that this Court grant the relief Requested herein through entry of the Order tendered herewith.

                                              Respectfully Submitted:

/s/ Mark A. Robinson
Mark A. Robinson
Daniel T. Albers, Jr.
Robert T. Wagner
Valenti Hanley & Robinson, PLLC
Suite 1950 One Riverfront Plaza
401 W. Main Street,
Louisville, Kentucky 40202
(502) 568-2100
(502) 568-2101 – Fax
**Counsel for Debtor, The Louisville Orchestra, Inc.**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or overnight mail this 3rd day of December, 2010 upon the list of 20 largest unsecured creditors, the Office of the United States Trustee and:

| | |
|---|---|
| American Federation of Musicians<br>Of the United States and Canada<br>Local 11-637<br>Attn: Joe Spain<br>1436 Bardstown Rd.<br>Louisville, Ky. 40204<br>musicunion@louisvillemusicians.org | Lisa Koch Bryant, Esq.<br>Anthony Raluy, Esq.<br>Foley Bryant Holloway & Raluy<br>500 W. Jefferson St., Ste. 2450<br>Louisville, KY 40202<br>(502) 569-7550<br>lbryant@fbhlaw.net<br>traluy@fbhlaw.net<br>**Counsel for JPMorgan Chase, NA** |
| American Federation of Musicians<br>Attn: Ray Hair<br>1501 Broadway<br>Suite 600<br>New York, NY  10036 | Fifth Third Bank<br>Attn: Kevin L. Anderson<br>401 South Fourth Street<br>MD C88572<br>Louisville, KY 40202-3411 |
| American Federation of Musicians &<br>Employer's Pension Fund<br>Attn: William Luebking<br>One Penn Plaza, Suite 3115<br>New York, NY 10019 | |

              /s/ Mark A. Robinson
              Mark A. Robinson