UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

```
------------------------------------------------------ x
                                                       :   Chapter 11
In re:                                                 :
The Louisville Orchestra, Inc.                         :   Case No. 10-36321
                                                       :
                                                       :
        Debtor                                         :
                                                       :
------------------------------------------------------ x
```

## MOTION BY THE DEBTOR TO APPROVE
## CONTINUATION OF FUNDRAISING RAFFLE

The Louisville Orchestra, Inc., the debtor herein (the "Debtor"), by counsel, moves the Court, pursuant to 11 U.S.C. §105, for entry of an order approving continuation of a fundraising raffle that was commenced pre prepetition and is scheduled to be completed on January 15, 2011. In support of this Motion, the Debtor states as follows:

### BACKGROUND

1. On December 3, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 commencing this proceeding.

2. The Debtor continues to operate its business as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. No trustee or examiner has been appointed, and no committee has yet been appointed or designated.

1

## RELIEF REQUESTED

4. By this Motion, the Debtor seeks an Order, under 11 U.S.C. §105, to authorize the Debtor to continue to its completion a fundraising raffle for which tickets have been sold pre petition.

5. The Debtor desires to continue to sell tickets for the raffle post petition and hold it on January 15, 2010 as originally scheduled and advertised to the public.

6. The property to be raffled is a new Mercedes Benz vehicle that is being sold to the Debtor at the dealer's cost, which is approximately $50,000.

7. The Debtor has already sold 529 tickets at $100 each and, therefore, covered the cost of the vehicle.[1]

8. Any additional tickets sold will be "pure profit" that can be used to fund the Debtor's operations.

9. The proceeds from the raffle are segregated in the Debtor's charitable gaming account regulated by Kentucky law.

10. In the event the Court does not approve continuation of this event, it will be necessary for the Debtor to refund the proceeds of ticket sales and forego the earnings that have already been secured.

WHEREFORE, the Debtor respectfully requests that the Court enter an order approving the continuation of the raffle

---

[1] Participants are also offered the opportunity to choose a $40,000 cash payout in lieu of the vehicle.

Respectfully Submitted:

/s/Mark A. Robinson
Mark A. Robinson
Daniel T. Albers, Jr.
Robert T. Wagner
Valenti Hanley & Robinson, PLLC
Suite 1950 One Riverfront Plaza
401 W. Main Street,
Louisville, Kentucky 40202
(502) 568-2100
(502) 568-2101 – Fax
**Proposed Counsel for Debtor, The Louisville Orchestra, Inc.**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or overnight mail this 3rd day of December, 2010 upon the list of 20 largest unsecured creditors, the Office of the United States Trustee and:

| | |
|---|---|
| American Federation of Musicians<br>Of the United States and Canada<br>Local 11-637<br>Attn: Joe Spain<br>1436 Bardstown Rd.<br>Louisville, Ky. 40204<br>musicunion@louisvillemusicians.org | Lisa Koch Bryant, Esq.<br>Anthony Raluy, Esq.<br>Foley Bryant Holloway & Raluy<br>500 W. Jefferson St., Ste. 2450<br>Louisville, KY 40202<br>(502) 569-7550<br>lbryant@fbhlaw.net<br>traluy@fbhlaw.net<br>**Counsel for JPMorgan Chase, NA** |
| American Federation of Musicians<br>Attn: Ray Hair<br>1501 Broadway<br>Suite 600<br>New York, NY 10036 | Fifth Third Bank<br>Attn: Kevin L. Anderson<br>401 South Fourth Street<br>MD C88572<br>Louisville, KY 40202-3411 |
| American Federation of Musicians &<br>Employer's Pension Fund<br>Attn: William Luebking<br>One Penn Plaza, Suite 3115<br>New York, NY 10019 | |

                                               /s/ Mark A. Robinson
                                               Mark A. Robinson