UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE LOUISVILLE ORCHESTRA, INC. | ) | CASE NO. 10-36321 |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| | ) | Electronically filed |
| | ) | |

**OBJECTION OF**
**THE LOUISVILLE ORCHESTRA MUSICIANS' ASSOCIATION**
**AND THE LOUISVILLE ORCHESTRA MUSICIANS' COMMITTEE**
**TO DEBTOR'S MOTION FOR ORDER AUTHORIZING MAINTENANCE OF**
**PRE-PETITION BANK ACCOUNTSAND BUSINESS FORMS; AND (B) DIRECTING**
**BANKS TO HONOR CERTAIN PRE-PETITION CHECKS**

\*\* \*\* \*\*

The Louisville Orchestra Musicians' Association and the Louisville Orchestra Musicians' Committee (individually and collectively, the "Orchestra Musicians"), by counsel, object to the Debtor's Motion for Order (A) Authorizing Maintenance of Pre-Petition Bank Accounts and Business Forms; and (B) Directing Banks to Honor Certain Pre-Petition Checks on the basis that Debtor has not specifically identified any checks to be paid pursuant to the terms of the Order. Without any specification as to the purpose or amount of such checks, it is impossible to determine whether such checks are payments in the ordinary course of business. Furthermore, without any specification as to the amount of said checks, there is no way to tell whether such checks are regular payments.

**WHEREFORE**, the Orchestra Musicians, by counsel, respectfully move the Court to deny the Debtor's Motion for Order (A) Authorizing Maintenance of Pre-Petition Bank Accounts and Business Forms; and (B) Directing Banks to Honor Certain Pre-Petition Checks.

Respectfully submitted:

MORGAN & POTTINGER, P.S.C.

By: /s/ Timothy Schenk
    Timothy Schenk
    M. Thurman Senn
    J. Morgan McGarvey
    601 West Main Street
    Louisville, Kentucky 40202
    (502) 589-2780
    mts@morganandpottinger.com
    *Counsel for Louisville Orchestra Musicians' Association and Louisville Orchestra Musicians' Committee*

### Certificate Of Service

    I hereby certify that this Objection and tendered Order were mailed, first class and postage pre-paid, this 6th day of December, 2010, to all those to whom notice is not electronically mailed by the Court, as indicated on the Court's Notice of Electronic Filing.

                                            s/ Timothy A. Schenk
                                              Timothy A. Schenk