UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

------------------------------------------------------ x
:  Chapter 11
In re: :
The Louisville Orchestra, Inc. :  Case No. 10-36321
:
:
Debtor :
:
------------------------------------------------------ x

## **ORDER**

This matter having come before the Court, upon the Motion of the Debtor, pursuant to 11 U.S.C. § 105, for entry of an order approving continuation of a fundraising raffle that was commenced prepetition and is scheduled to be completed on January 15, 2011; the Court having reviewed and considered the Motion; it appearing that the relief requested is in the best interests of the Debtor and other parties in interest; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED as follows:

    A.    the Motion is GRANTED;

    B.    The Debtor is authorized to continue to its completion the fundraising raffle to be held on January 15, 2011.

_____
David T. Stosberg
United States Bankruptcy Judge

Dated: December 6, 2010

Tendered By:

/s/ Mark A. Robinson
Mark A. Robinson
Daniel T. Albers, Jr.
Robert T. Wagner
Valenti Hanley & Robinson, PLLC
401 W. Main Street, Ste. 1950
Louisville, Kentucky 40202