UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

------------------------------------------------------- x
In re: : Chapter 11
The Louisville Orchestra, Inc. : Case No. 10-36321
:
Debtor :
------------------------------------------------------- x

## AGREED ORDER CONCERNING USE OF CASH COLLATERAL

This matter having come before the Court upon the agreement of The Louisville Orchestra, Inc., the debtor herein (the "Debtor"), by counsel, and JPMorgan Chase Bank, NA ("Chase"), a creditor herein, by counsel; it appearing to the Court that:

1. The Debtor is indebted to Chase pursuant to the terms of a Promissory Note dated January 25, 2010 in the principal amount of $350,000 (the "Note");

2. Pursuant to the terms of the Note, the Debtor granted to Chase a security interest in, among other things, accounts (the "Security Interest");

3. Chase caused to be filed a UCC-1 financing statement on February 20, 2008 with the Secretary of State of the Commonwealth of Kentucky concerning the Security Interest (the "Financing Statement");

4. By virtue of the Security Interest and the Financing Statement, Chase may have a security interest in some amount of cash on hand with the Debtor as of the petition date, December 2, 2010 (the "Petition Date");

1

And the Court being otherwise sufficiently advised,

IT IS HEREBY AGREED AND ORDERED AS FOLLOWS:

A. To the extent that some portion of the cash on hand with the Debtor as of the Petition Date constitutes the cash collateral of Chase, Chase consents to the use of said cash collateral under the terms of this Agreed Order until further Order of this Court.

B. As adequate protection for the use of Chase's cash collateral, Chase shall retain its prepetition liens on its prepetition collateral and shall have and receive a replacement lien on future accounts (as said term is defined in KRS 355.9-102(b)(1)) of the Debtor that arise after the petition date and the identifiable proceeds thereof, to the extent of the value of the accounts and identifiable proceeds that existed as of the Petition Date.

C. This Order is without prejudice to any and all claims and defenses of the parties to this Order and to the right of either party to move the Court to amend, modify or supplement this Order and/or for any other relief to which either of them may be entitled.

:

David T. Stosberg
United States Bankruptcy Judge

Dated: December 7, 2010

HAVE SEEN AND AGREE TO:

/s/ Mark A. Robinson
Mark A. Robinson
Daniel T. Albers, Jr.
Robert T. Wagner
Valenti Hanley & Robinson, PLLC
Suite 1950 One Riverfront Plaza
401 W. Main Street,
Louisville, Kentucky 40202
(502) 568-2100
**Proposed Counsel for Debtor, The Louisville Orchestra, Inc.**

2

/s/ Anthony Raluy
Lisa Koch Bryant
Anthony Raluy
Foley Bryant Holloway & Raluy
500 W. Jefferson St., Ste. 2450
Louisville, KY 40202
(502) 569-7550
**Counsel for JPMorgan Chase, NA**

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or overnight mail this 3rd day of December, 2010 upon the list of 20 largest unsecured creditors, the Office of the United States Trustee and:

| | |
|---|---|
| American Federation of Musicians<br>Of the United States and Canada<br>Local 11-637<br>Attn: Joe Spain<br>1436 Bardstown Rd.<br>Louisville, Ky. 40204<br>musicunion@louisvillemusicians.org | Lisa Koch Bryant, Esq.<br>Anthony Raluy, Esq.<br>Foley Bryant Holloway & Raluy<br>500 W. Jefferson St., Ste. 2450<br>Louisville, KY 40202<br>(502) 569-7550<br>lbryant@fbhlaw.net<br>traluy@fbhlaw.net<br>**Counsel for JPMorgan Chase, NA** |
| American Federation of Musicians<br>Attn: Ray Hair<br>1501 Broadway<br>Suite 600<br>New York, NY 10036 | Fifth Third Bank<br>Attn: Kevin L. Anderson<br>401 South Fourth Street<br>MD C88572<br>Louisville, KY 40202-3411 |
| American Federation of Musicians &<br>Employer's Pension Fund<br>Attn: William Luebking<br>One Penn Plaza, Suite 3115<br>New York, NY 10019 | |

        /s/ Mark A. Robinson
        Mark A. Robinson