**EXHIBIT B**

October 26, 2010

Dear Members of the LOMC:

As President of the Board of Directors of the Louisville Orchestra, I have the duty to clearly express the position of the Board with regard to the financial crisis that this organization is facing. We are 100% convinced that the Louisville Orchestra has a healthy and vibrant future; however, unlike the past, we not only seek a remedy that could enable us to survive our immediate term financial shortfall, we are committed to a resolution that offers the organization fiscal sustainability into the foreseeable future.

Past remedies relied on three elements:
- **Bequests**: over the past decade and longer, the Louisville Orchestra masked its annual structural deficit by relying on one-time gifts averaging ~$1 million annually, including significant (six-figure or greater) bequests. The organization has not received a sizable bequest for more than 24months.

- **Bailouts**: operating deficits (financial results, without one-time gifts) recurred in each and every year throughout the past decade. On multiple occasions, major stakeholders of the orchestra were solicited for emergency help and they repeatedly came through with 'one-time' bailouts. Once again, major supporters and the organization's most significant donor base have been asked to help. The reply has been consistent and explicit: they expressed their unwillingness to continue offering bail-outs so long as the organization is unwilling or unable to bring costs in line with reliable income levels.

- **Borrowing**: this past summer, the orchestra began utilizing its line of credit in order to meet operating obligations. Having now exhausted cash reserves and nearly all available credit, the board is compelled to discontinue further increases in debt. It is not fiscally responsible to continue borrowing additional funds unless there is a reasonable belief that the organization is able to repay its creditors.

Our budgetary dependency on one or more of these elements has been a risky approach to balancing our annual budget and even more ill-advised as the means by which we would ensure positive cash flow. Our current budget short-fall and emergency cash state is evidence as to just how risky this dependency has been.

**The board believes that a remedy that can create fiscal sustainability should include the following elements:**
- It should serve to earn and uphold the trust of our community and supporters.
- It should be both believable *and* motivational to major institutional and individual donors.
- It should be based upon objective, empirical data.

The following is an outline of the key factors the board is proposing to help ensure the fiscal sustainability of this organization:

**1. Commit to a $5.75 MM budget ceiling by the start of the 75th season.**
We have reviewed five years of cash deposits (earned and contributed income) excluding one-time activity such as bequests and/or bailouts. By applying the "cash accounting" approach as opposed to an "accrual accounting" approach, we eliminate the skewed, one-year

impact of multi-year pledges. The average annual cash receipts for the Louisville Orchestra have been $5.75 MM over the past five years. Costs have averaged more than $7.3 MM over this same period. The Orchestra has implemented periodic cost reductions in recent seasons in the form of rent subsidies, staff reductions, staff furloughs, administrative mergers with the Kentucky Opera and Louisville Theatrical Association, and other economies of scale. Concurrently, we reinstated our historical salary levels for musicians as part of our 2006 contractual agreement.

A $5.75 MM cost basis for the organization requires additional total payroll cost reductions. This does not necessarily affect the number of musicians performing on stage as our plan would include utilization of 'per service' musicians as necessary. Rather, it is expected to primarily impact the number of full-time musicians on our payroll, as well as the number of weeks our full orchestra performs annually. We do not favor a reduction in the pay per-week of our musicians as we already appear to offer the appropriate pay range when compared to other orchestras in our budget class. We propose achieving the necessary personnel reductions through voluntary measures (see below).

**2. Provide a one-time retirement incentive package to qualified staff and musicians.**
The Orchestra currently operates with an employment base of 71 salaried musicians and 19 salaried staff. The average salaried musician base for orchestras of $8.5 MM in budget level and below is 55 musicians (see attached chart). This is the number of full time musicians we aspire to have in order to reach our target budget level. The staff will undergo similar re-sizing based on similar comparative data.

We propose achieving this within the next six months through voluntary reductions and/or attrition. This will place the Louisville Orchestra within the average size and scale for orchestras in our budget class and higher. The Orchestra has six unfilled musician positions today, meaning we have 65 musicians currently on our payroll. To reach our proposal of 55 salaried musicians, we will seek ten additional vacancies. Priority consideration will be provided to staff and musicians who meet the eligibility for the "Rule of 85" (age plus years of service equals 85 or greater). Priority and terms for other employees seeking retirement or separation is subject to mutually agreeable conditions.

The details regarding the incentive package remain to be defined. Suffice to say that we need a sponsor(s) in order to make this offer meaningful. It is understood that for this to work as a true incentive it must be substantive enough to motivate and inspire participation.

**3. Reduce our contract weeks from 37 to 31.**
We are proposing the elimination of one paid vacation week, one spring service week, and our four orchestra weeks in July (those eligible may earn up to 45% of their weekly salary for these periods through qualified unemployment pay).

**3. Solicit financial support to provide a bridge to the 75th season.**
We propose jointly soliciting ~$2 MM of financial assistance from our supporters in order to complete our current season without interruption and to have the necessary reserve to accommodate voluntary employment reductions. We believe the elements contained in points one, two and three offer a compelling, believable story that this solicitation is truly a bridge to an organization that is fiscally sustainable and will not necessarily be repeated over and over.

**4. Future bequest income to be directed to endowment.**
Had we been able to do this over the past four years, the Orchestra's endowment fund would be $1.5 MM larger. This is an essential practice that we must commit to in order to ensure our ability to endure slow economic periods and/or natural donor fluctuations. This will also help rebuild public confidence in our fiscal competence.

**5. Take bold steps towards implementation of our Institutional Vision.**
This means the creation of value-added programs and services for our musicians that will help to reach, teach, and inspire community partnerships. Our goal is to dramatically increase the Orchestra's relevance in the lives of the regional community through orchestra-sponsored programs that help people of all ages to learn about and to love orchestral music. Adult education courses, private lessons, chamber orchestra and chamber music series, etc. will help us connect in meaningful ways while building our future audiences.

The musicians have very generously proposed a unified fundraising campaign that includes every musician participating in helping to raise contributions and sell tickets. The proposed financial impact is approximately $600,000 if matching donations can be secured in addition to new gifts. We are grateful for this innovative and very serious offer. We view the creativity and resolve of this proposal as concrete evidence of your willingness to seek a new, innovative approach, and to not merely repeat past practices.

Our Board is excited about accepting your offer, if combined with your commitment to reach a sustainable organizational cost structure that can address our fundamental cost/income imbalance into the future, as outlined herein. The 'revenue-only' approach has proven to be inadequate despite decades of efforts by the musicians, staff and the Boards that have preceded us. To once again embark on a revenue-generating campaign without addressing our cost structure would more than ever, lack credibility with major donors and serve only to delay the inevitable discipline needed to bring costs in line with attainable, annual income.

**The most important element of our proposed plan is the musician's agreement to help balance the Orchestra's cost basis with our historical income stream. Without your consensus to reach a cooperative agreement that includes the major cost factors, we believe legal restructure is necessary and imminent.**

The Louisville Orchestra is a great institution with a rich history and important position in the world of American orchestral music, and it will endure. We believe the community will demand it and our artistic partnerships with area schools, higher education, the Louisville Ballet and the Kentucky Opera provides too much value to ever accept failure. Our donors, patrons and supporters, as well as our employees should feel tremendous pride regarding the heroic efforts that have enabled us to endure through the decades, despite our chronic budgetary shortfall.

The time is now upon us to be completely forthcoming to our faithful patrons and donors. We must affirm our commitment to ensure this organization is fiscally sustainable into the future.

**CONFIDENTIAL**

We, the Board of Directors of the Louisville Orchestra, formally request your voluntary commitment to assist us in achieving this plan to become fiscally sustainable, as outlined in this letter. We believe a cooperative approach will serve the organization, our patrons, donors, the community and ultimately the musicians in the best possible way.

We look forward to your positive response as we mutually seek the very best for the future of the Louisville Orchestra. We respectfully request your response as soon as possible, however, no later than Wednesday November 3, 2010.

Sincerely, on behalf of the Board of Directors,


Chuck Maisch
President, Board of Directors