UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THE LOUISVILLE ORCHESTRA, INC. | ) | Case No. 10-36321(3)11 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

**O R D E R**

This matter came before the Court on December 28 and 29, 2010 for an evidentiary hearing on the debtor's motion seeking interim relief from the Collective Bargaining Agreement. The Court having considered the evidence as presented, the testimony of the parties, and the arguments of counsel, and based upon the reasons recited in the record and incorporated herein by reference,

IT IS HEREBY ORDERED that the debtor's motion herein be, and is **DENIED**.

David T. Stosberg
United States Bankruptcy Judge

Dated: December 29, 2010

sld