UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
THE LOUISVILLE ORCHESTRA, INC. ) Case No. 10-36321(3)11
)
)
)
Debtor(s) )
_____ )

**O R D E R**

This matter came before the Court on February 8, 2011 for hearing on the debtor's motion for an Order authorizing continued use of pre-petition bank accounts and business forms and directing the banks to honor certain pre-petition checks, Document #6. The Court having considered statements of counsel and their respective positions, and the Court having also considered the motion to dismiss filed by The Louisville Orchestra Musicians' Association and the Louisville Orchestra Musicians' Committee, Document #57, and the parties being in agreement that this motion can now be remanded, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motions herein be, and are **REMANDED and TERMINATED**.

David T. Stosberg
United States Bankruptcy Judge

sld

Dated: February 8, 2011