**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-36321 |
| | § | |
| THE LOUISVILLE ORCHESTRA, INC., | § | Chapter 11 |
| | § | |
| Debtor | § | Judge David T. Stosberg |

**OBJECTION BY THE LOUISVILLE FEDERATION OF MUSICIANS
AND THE AMERICAN FEDERATION OF MUSICIANS
TO THE DEBTOR'S DISCLOSURE STATEMENT**

The Louisville Federation of Musicians and the American Federation of Musicians (collectively, the "Union") object to the Debtor's Disclosure Statement filed on May 30, 2011, and respectfully request that the Court deny its approval.

1.  The Disclosure Statement describes a patently unconfirmable plan and, thus, there is no need for the Court even to consider the adequacy of the disclosures. In re Eastern Maine Elec. Co-Op, Inc., 125 B.R. 329, 333 (Bankr. D. Me. 1991) ("[U]ndertaking the burden and expense of plan distribution and vote solicitation is unwise and inappropriate if the proposed plan could never legally be confirmed); In re Cardinal Congregate I, 121 B.R. 760, 764 (Bankr. S.D. Ohio 1990) (disapproval of the adequacy of a disclosure statement was appropriate where it described a plan of reorganization which was so fatally flawed that confirmation was impossible). The Debtor's plan is not feasible because it proposes no realistic means of obtaining the services of professional musicians. Without musicians, the Debtor cannot operate its business. As the plan cannot meet the requirement of 11 U.S.C. § 1129(a)(11), the court should refuse even to consider the Disclosure Statement.

2. According to the plan, the Debtor will seek "employment agreements with such individuals as the Reorganized Debtor, in the exercise of its business judgment, deems necessary to the post-confirmation operations of the Debtor." (Disclosure Statement Exhibit 1 at §6.5.) The Union and the Debtor are currently engaged in negotiations for a collective agreement covering the terms and conditions of employment of the Louisville Orchestra Musicians. The prospect of engaging the Musicians through individual agreements on a long-term basis is so unlikely that it renders the plan fatally defective.

3. There is no pool of qualified non-union replacements for the Musicians. Therefore, either a collective bargaining agreement between the Debtor and the Union or some other clearer plan than the one proposed is necessary for the Debtor to assure constituents that it will be able to produce symphony orchestra concerts post-confirmation and that it will not be forced into liquidation.

4. In the exercise of its discretion, the Court's consideration of substantive confirmation issues at this stage would avoid the costly and time consuming process of solicitation of votes and confirmation hearings. The Debtor's proposed plan is legally impossible to confirm, and the Disclosure Statement that it accompanies should be denied approval even without further analysis of its adequacy.

WHEREFORE, The Louisville Federation of Musicians and the American Federation of Musicians respectfully request that the Court deny approval of the Debtor's Disclosure Statement.

Respectfully submitted,

*/s/ Jennifer P. Garner*
Jennifer P. Garner
American Federation of Musicians
of the United States and Canada
P.O. Box 1025
Denton, TX  76202
Tel: (646) 248-1341
jgarner@afm.org

and

Irwin H. Cutler, Jr.
Priddy, Cutler, Miller & Meade
800 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
(502) 632-5270
(502) 632-5271 (fax)
culter@pcmmlaw.com

*Counsel for the Louisville Federation of Musicians and the American Federation of Musicians*

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 13, 2011, the foregoing was served by first class U.S. mail and/or electronic mail on the parties listed below.

*/s/ Jennifer P. Garner*
Jennifer P. Garner

John R. Stonitsch
Office of the U.S. Trustee
601 West Broadway, Suite 512
Louisville, KY 40202
john.r.stonitsch@usdoj.gov

Valenti Hanley & Robinson, PLLC
Attn.: Mark A. Robinson
       Daniel T. Albers, Jr.
       Robert Wagner
401 West Main St., Suite 1950
Louisville, KY 40202

Morgan and Pottinger
Attn.: Timothy A. Schenk
601 West Main Street
Louisville, KY 40202
TSchenk@morganandpottinger.com

American Federation of Musicians & Employer's Pension Fund
Attn.: William Luebking
One Penn Plaza, Suite 3115
New York, NY 10019