UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
THE LOUISVILLE ORCHESTRA, INC. ) CASE NO. 10-36321(3)11
)
)
Debtor(s) )
_____ )

## ORDER

The above Chapter 11 case came before the Court on June 28, 2011 for hearing on approval of the Disclosure Statement. The Court having considered statements of counsel and having conducted a conference in chambers with counsel for the respective parties, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that on or before **July 15, 2011** the debtor, by counsel, shall file an Amended Disclosure Statement and mail same to all interested parties. Upon filing, the Amended Disclosure Statement shall be deemed **APPROVED** pursuant to 11 U.S.C. §1125.

IT IS FURTHER ORDERED that the confirmation hearing previously scheduled on July 26, 2011 be, and is **CONTINUED** to **August 15, 2011 at 10:00 a.m. (Eastern Time) in Courtroom #3, Fifth Floor, Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, Kentucky**. In the event the Court is unable to confirm the debtor's Chapter 11 Plan of Reorganization, the Court may consider dismissal of this case at the hearing.

IT IS FURTHER ORDERED that counsel for the debtor mail copies of the Amended Disclosure Statement, Plan of Reorganization and ballot to all scheduled creditors, and file a certificate of mailing with the Court.

IT IS FURTHER ORDERED that ballots shall be mailed to counsel for the debtor and that any objections to confirmation of the debtor's Plan must be filed with the Court on or before **August 9, 2011**.

sld

David T. Stosberg
United States Bankruptcy Judge

Dated: June 28, 2011