UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: ) CHAPTER 11 CASE
 )
THE LOUISVILLE ORCHESTRA, INC. ) CASE NO. 10-36321
 )
 DEBTOR )
 )

**CLASS __:BALLOT FOR ACCEPTING OR**
**REJECTING PLAN OF REORGANIZATION**

The Louisville Orchestra, Inc., the debtor and debtor in possession in the above-captioned case for reorganization (the "Debtor"), filed a First Amended Plan of Reorganization dated July 15th, 2011 (the "Plan"). The Court has approved the Disclosure Statement with respect to the Plan (the "Disclosure Statement"). This is the ballot for you to vote on the Plan. The Disclosure Statement provides information to assist you in deciding how to vote. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's counsel Mark A. Robinson. Approval of the Disclosure Statement by the Bankruptcy Court does not indicate approval of the Plan by the Bankruptcy Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class __ under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote. If your ballot is not received by Mark A. Robinson, Valenti Hanley & Robinson, PLLC, Suite 1950 One Riverfront Plaza, 401 W. Main Street, Louisville, Kentucky 40202, (telephone: (502) 568-2100; fax: (502) 568-2101;**

1

**email [mrobinson@vhrlaw.com](mailto:mrobinson@vhrlaw.com) ) on or before August 9, 2011 at 4:00 p.m. Eastern Daylight Savings Time, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class ___ claim against the Debtor in the unpaid amount of $_____.

(Check one box only)

[ ] ACCEPTS THE PLAN                 [ ] REJECTS THE PLAN

Dated: _____

Print or type name of creditor: _____

Signature: _____

Title:_____

Address: _____

**RETURN THIS BALLOT TO:**

**Mark A. Robinson**

**Valenti Hanley & Robinson, PLLC**

**Suite 1950 One Riverfront Plaza**

**401 W. Main Street**

**Louisville, Kentucky 40202**

**Phone: (502) 568-2100**

**Fax: (502) 568-2101**

**Email: mrobinson@vhrlaw.com**