UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

```
-------------------------------------------------- x
                                                   :    Chapter 11
In re:                                             :
The Louisville Orchestra, Inc.                     :    Case No. 10-36321
                                                   :
                                                   :
        Debtor                                     :
                                                   :
-------------------------------------------------- x
```

## MOTION BY THE DEBTOR TO EXTEND EXCLUSIVITY PERIODS FOR FILING AND SOLICITNG ACCEPTANCES OF A PLAN OF REORGANIZATION

The Louisville Orchestra, Inc., the debtor herein (the "Debtor"), by counsel, moves the Court, pursuant to 11 U.S.C. § 1121(d) to extend the Debtor's exclusive periods for filing and soliciting acceptances of a plan of reorganization (the "Exclusivity Period"). In support of this Motion, the Debtor states as follows:

1. On May 31, 2011, this Court entered an Order [D.N. 150] (the "Hearing Order") setting a confirmation hearing on the Debtor's chapter 11 plan of reorganization for July 26, 2010 (the "Confirmation Hearing").

2. The Hearing Order also extended the Exclusivity Period until the date of the Confirmation Hearing.

3. On June 29, 2011, this Court entered an Order [D.N. 191] continuing the Confirmation Hearing until August 15, 2011.

4. The Debtor seeks to extend the Exclusivity Period until August 15, 2011 to coincide with the date of the Confirmation Hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter the order attached hereto granting the relief requested herein.

Respectfully Submitted:

/s/ Mark A. Robinson
Mark A. Robinson
Daniel T. Albers, Jr.
Robert T. Wagner
Valenti Hanley & Robinson, PLLC
Suite 1950 One Riverfront Plaza
401 W. Main Street,
Louisville, Kentucky 40202
(502) 568-2100
(502) 568-2101 – Fax
**Counsel for Debtor, The Louisville Orchestra, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or regular mail this 19th day of July, 2011 as provided by the ECF system.

/s/ Mark A. Robinson
Mark A. Robinson