UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

```
------------------------------------------------- x
                                                  :   Chapter 11
In re:                                            :
The Louisville Orchestra, Inc.                    :   Case No. 10-36321
                                                  :
                                                  :
        Debtor                                    :
                                                  :
------------------------------------------------- x
```

## **REPORT OF TABULATION OF BALLOTS**

The Louisville Orchestra, Inc., the debtor herein (the "Debtor"), by counsel, for its Report of Tabulation of Ballots regarding its First Amended Plan of Reorganization [D.N. 201] (the "Plan") filed herein on July 15, 2011, attaches hereto a table of the ballots received and the votes accepting or rejecting the Plan. True and accurate copies of each ballot are available for inspection by requesting same from the Debtor's counsel.

    Respectfully Submitted

    /s/ Mark A. Robinson
    Mark A. Robinson
    Daniel T. Albers, Jr.
    Robert T. Wagner
    Valenti Hanley & Robinson, PLLC
    Suite 1950 One Riverfront Plaza
    401 W. Main Street,
    Louisville, Kentucky 40202
    (502) 568-2100
    (502) 568-2101 – Fax
    **Counsel for Debtor, The Louisville Orchestra, Inc.**

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or regular mail this 11th day of August, 2011 as provided by the ECF system.

                  /s/ Mark A. Robinson
                  Mark A. Robinson

| Class | No. | Creditor | Amount | Impaired | Accept | Reject | % Number (1/2) | % Amount (2/3) | Class Approve |
|---|---|---|---|---|---|---|---|---|---|
| Priority Non Tax | 1 | | | No | | | | | N/A |
| Priority Pension | 2 | Pension Fund | $43,486.11 | No | | | | | N/A |
| Secured-Chase | 3 | Chase | $270,000 | Yes | X | | 100% | 100% | Yes |
| Secured-FTB | 4 | FTB | $175,000 | No | | | | | N/A |
| Deficiency-Chase | 5 | Chase | $80,000 | Yes | X | | 100% | 100% | Yes |
| Deficiciency-FTB | 6 | FTB | $10,000 | Yes | X | | 100% | 100% | Yes |
| Cure-TKC | 7 | TKC | $68,000 | Yes | X | | 100% | 100% | Yes |
| Secured TKC/FFA | 8 | TKC | $16,220.71 | Yes | X | | 100% | 100% | Yes |
| Gen Unsecured | 9 | Videobred, Inc. | $2,647.50 | Yes | X | | | | |
| | | The Courier Journal | $26,784.40 | | X | | | | |
| | | DJ Leasing LLC/Thrifty | $2,484.99 | | X | | | | |
| | | ASCAP | $10,158.00 | | X | | | | |
| | | Tandem Public Relations | $5,150 | | | X | | | |
| | | Pension Fund | $3,131,624.00 | | | X | | | |
| | | Subtotal | $3,178,848.89 | | | | 67% | 1% | No |
| Convenience | 10 | DACA | $1,377.60 | Yes | X | | | | |
| | | H. Carleton Godsey | $0.00 | | X | | | | |
| | | David Crawford | $606.00 | | X | | | | |
| | | Kenneth E. Whiteley | $0.00 | | X | | | | |
| | | W.T. Scovil | $1,052.00 | | X | | | | |
| | | Gist Piano | $1,365.00 | | X | | | | |
| | | Atlantic Bingo Supply | $1,706.47 | | X | | | | |
| | | Kentucky Opera | $1,082.73 | | X | | | | |
| | | United Parcel Service | $263.96 | | X | | | | |
| | | John & Patricia Hagan | $442.00 | | X | | | | |
| | | Grace Baugh Bennett | $1,000.00 | | | X | | | |
| | | Subtotal | $8,895.76 | | | | 91% | 89% | Yes |